FILED
CLERK, U.S. DISTRICT COURT

JUL - 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 13-59 VBK SH |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |
| v. | ) | |
| Dylan Estrada | ) | |
| Defendant. | ) | |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

A.   ( )   the appearance of the defendant as required; and/or

B.   (X)   the safety of any person or the community.

1  The Court concludes that :

2  A.   ( )   Defendant failed to present clear and convincing evidence to

3       establish that Defendant is not a risk of flight because:

4       _____

5       _____

6       _____

7       _____

8

9  B.   (X)   Defendant failed to present clear and convincing evidence to

10       establish that Defendant does not pose a risk to the safety of other

11       persons or the community because:

12       VIOLATIONS SIMILAR TO CRIME OF CONVICTION

13       ADMISSIONS TO PO

14       UNDERAGE VICTIM

15       _____

16

17  IT IS ORDERED that defendant be detained.

18

19  DATE: ____7/9____, 2013

20

21       HON. MICHAEL R. WILNER

22       UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2